PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Crim. No. 2:05-CR-7-1BO

LAKISHA WILLIAMS

On Wednesday, April 12, 2006, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer

Respectfully submitted,

/s/Thomas S. Vaughan
Thomas S. Vaughan
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 6 day of June, 2010.

Terrence W. Boyle
U.S. District Judge